# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:25-CV-02593-ELR |
| | * | |
| ALYSSA H. BAYLIS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

**ORDER**

_____

On May 9, 2025, Plaintiff John Doe filed a Complaint and Motion for Preliminary Injunction ("PI Motion"), alleging that Defendant Alyssa H. Baylis disclosed intimate images of him in violation of 15 U.S.C. § 6851. [Docs. 1, 3]. Plaintiff also filed a Motion to Proceed Under Pseudonym and for Protective Order, seeking permission to proceed in this action under the pseudonym "John Doe" and an order requiring any documents containing Plaintiff's true name to be filed under seal. [Doc. 4]. Additionally, Plaintiff requests leave to refile under seal an affidavit containing Plaintiff's true name. [Doc. 7].

First, for good cause shown, the Court **GRANTS** Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order. [Doc. 4]. The Court **ORDERS** the Parties to file under seal any documents containing Plaintiff's name or

identifying information. All publicly filed documents shall identify Plaintiff only by his pseudonym. The Court **DIRECTS** the Clerk to seal the provisionally sealed, unredacted affidavit containing Plaintiff's name [Doc. 6] and thus **DENIES AS MOOT** Plaintiff's Motion for Leave to refile that document. [Doc. 7].

As for the PI Motion, the Court finds that (1) there is no indication that Plaintiff has served either the Complaint or the PI Motion on Defendant, (2) the PI Motion does not appear to seek ex parte relief, and (3) Plaintiff's attorneys have not certified in writing any efforts to give notice to Defendant or the reasons why such notice should not be required. See Fed. R. Civ. P. 65(b)(1)(B). Accordingly, the Court will allow Defendant an opportunity to respond to the PI Motion before conducting a hearing or issuing any ruling in this case. Therefore, the Court **ORDERS** the Parties to adhere to the following filing schedule:

- No later than Friday, May 16, 2025, at 5:00 p.m., Plaintiff shall (1) personally serve Defendant with a copy of the Complaint, the PI Motion and all exhibits thereto, and this order, and (2) file proof of such service on the docket.

- No later than Wednesday, May 28, 2025, at 5:00 p.m., Defendant shall file any response(s) to the PI Motion.

- No later than Wednesday, June 4, 2025, at 5:00 p.m., Plaintiff shall file any reply brief in support of the PI Motion.

All filings must conform to the Local Rules of this Court.

The Court **SCHEDULES** a hearing on the PI Motion for **Tuesday, June 10, 2025, at 10:00 a.m.**, in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA, 30303. At the hearing, the Court will only hear argument from counsel. The Court **ORDERS** the Parties to, no later than 5:00 p.m. on Friday, June 6, 2025, (1) submit any exhibits they intend to discuss in detail at the hearing to the undersigned's Courtroom Deputy, Ms. Michelle Beck, at Michelle_Beck@gand.uscourts.gov; and (2) jointly file on the docket a proposed schedule for the hearing that sets forth how much time each side requests for argument.

**SO ORDERED**, this 12th day of May, 2025.

*/s/ Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia