IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | ) |
| Vs. | ) CAFN: **1:25-cv-02593-ELR** |
| ALYSSA H. BAYLIS, | ) |
|     Defendant. | ) |

## **PLAINTIFF'S MOTION TO EXTEND ALL DEADLINES BY FOURTEEN (14) DAYS**

Plaintiff John Doe, by and through undersigned counsel, respectfully moves this Court to extend all deadlines in its May 12, 2025 Order [Doc. 8] by fourteen (14) days. In support of this Motion, Plaintiff shows the Court as follows:

1. Plaintiff filed the Complaint and a Motion for Preliminary Injunction on May 9, 2025. [Docs. 1, 3].

2. On May 12, 2025, the Court entered an Order requiring Plaintiff to:

    a. serve Defendant Alyssa H. Baylis with the Complaint, Motion for Preliminary Injunction and exhibits, and the Court's Order by no later than 5:00 p.m. on May 16, 2025, and

    b. file proof of such service on the docket.

3. The Court also set the following schedule:

    a. Defendant's response to the PI Motion: May 28, 2025

    b. Plaintiff's reply brief: June 4, 2025

    c. Joint proposed hearing schedule and exhibits due: June 6, 2025

    d. Hearing: June 10, 2025

4. Immediately after entry of the Court's May 12th Order, Plaintiff retained professional process server James S. Basham of Dial Services, Inc. to personally serve Defendant.

5. Mr. Basham has made multiple diligent attempts to serve Defendant at her last known residential address, without success. Despite these efforts, Defendant has not been served.

6. To date, neither Plaintiff's counsel nor Mr. Basham have been able to locate a current business or employer address for Defendant where service might be effected.

7. Based on the repeated unsuccessful attempts and surrounding circumstances, Plaintiff believes that Defendant may be actively avoiding service.

8. An affidavit from Mr. Basham detailing his service attempts is attached hereto as Exhibit 1.

9. Plaintiff has acted diligently and in good faith in attempting to comply with the Court's Order but requires a short extension to complete service and proceed in accordance with the Court's briefing and hearing schedule.

10. Accordingly, Plaintiff respectfully requests that all deadlines in the Court's May 12, 2025 Order be extended by fourteen (14) days, including the deadlines for service, response, reply, hearing submissions, and the hearing itself.

11. This Motion is made in good faith and not for purposes of delay. Defendant will not be prejudiced by the requested extension, as she has not yet been served or appeared.

12. Good cause exists under Fed. R. Civ. P. 6(b)(1) for the requested extension, which will serve the interests of justice and ensure proper resolution of the pending motions.

WHEREFORE, Plaintiff respectfully requests that the Court extend all deadlines set forth in its May 12, 2025 Order [Doc. 8] by fourteen (14) days and grant such further relief as the Court deems just and proper. In this regard, Plaintiff has prepared a proposed order that is attached to his motion as Exhibit 2.

Respectfully submitted this 16th day of May, 2025.

McNALLY WEEKS

/S/ Joseph W. Weeks

Joseph W. Weeks
Georgia Bar No. 912341
Attorney for Plaintiff

125 Clairemont Avenue, Suite 450
Decatur, GA 30030-2560
Ph: 404-373-3131
Fax: 404-373-7286
Email: jweeks@mcnallyweeks.com

<u>LR 7.1(D) NDGa. CERTIFICATE</u>

I, Joseph W. Weeks, hereby certify that the foregoing Plaintiff's Motion to Extend Service Deadline has been prepared with one of the font and point selections approved by the Court in LR 5.1, NDGa.

This 16th day of May, 2025.

**McNally Weeks**

<u>/s/ Joseph W. Weeks</u>
Joseph W. Weeks