**UNITED STATES DISTRICT COURT**

For the

Northern District of Georgia

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) Civil Action No. 1:25-cv-2593-ELR | |
| vs. | ) | |
| | ) | |
| **ALYSSA H. BAYLIS** | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF DUE DILLIGENCE**

Personally appeared before the undersigned, an officer duly authorized by law to administer oaths, James Basham, a United States citizen over the age of 18 years, who, after being duly sworn, deposes and states that the following information is true and correct to the best of his knowledge:

1.

On Monday, May 12, 2025, at approximately 5:53 p.m., service was attempted in the above styled action on Defendant, Alyssa H. Baylis at her reported residence. On this date I found that Ms. Baylis's residence is located in the 12 Midtown Highrise building. Upon entering the building, I spoke to the employee at the security desk just inside the lobby area. This female requested identification and was provided with my Georgia Sheriffs Association Certified Process Servers Identification. This female stated that she had to see the service papers before she could let me inside. I provided her with the documents at which time she reviewed the documents then allowed me access to the secured elevators. I then proceeded to Ms. Baylis apartment 1407. Upon knocking on the door, a small dog could be heard barking inside. There was no response to the door. Unable to get anyone to answer the door I then departed the location.

2.

On Tuesday, May 13, 2025, at approximately 11:03 a.m., service was attempted on Alyssa H. Baylis at her reported residence. On this date I knocked on the door to Ms. Baylis's residence, a dog was barking within the residence. Unable to get a response from the residence, I departed the location.

Affidavit of Due Diligence
John Doe vs. Alyssa H. Baylis
Civil Action No. 1:25-cv-2593-ELR

3.

On Wednesday, May 14, 2025, at approximately 5:03 p.m., service was attempted on Alyssa H. Baylis at her reported residence. On this date I knocked on the door to Ms. Baylis's residence, a dog barked inside, however I was unable to get a response from the residence.

4.

On Thursday May 15, 2025, at approximately 8:11 p.m., service was attempted on Alyssa H. Baylis at her reported residence. On this date I knocked on the door to Ms. Baylis's residence, a dog barked inside but I was unable to get a response from the residence.

It appears that Ms. Baylis is avoiding service, thus it will require additional time in an effort to get the Defendant served. To date, every reasonable effort has been made to serve Defendant, Alyssa Baylis in a timely manner.

This 16th day of May, 2025.

_____
James S. Basham, Affiant

**STATE OF GEORGIA**
**COUNTY OF WALTON**

Sworn to and subscribed before me
This 16th day of May 2024.

_____
Notary Public
My commission expires: 11/21/2025.

2