IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　Plaintiff and Counterdefendant,<br><br>　v.<br><br>ALYSSA H. BAYLIS,<br><br>　　　Defendant and Counterclaimant. | CIVIL ACTION FILE<br><br>NO. 1:25-CV-02593-ELR |

**ORDER**

　　This matter is before the Court on Defendant's motion to proceed anonymously in this litigation using the pseudonym Jane Roe. Normally, the pleadings in civil litigation must contain the names of the parties. Fed. R. Civ. P. 10(a). However, there are circumstances where courts permit the use of a pseudonym to avoid disclosure of intimate, personal information that may cause harm to a party given the nature of the action. Courts consider a number of factors when determining whether to allow a party to proceed anonymously, including suits where a party would be forced "to disclose information 'of the utmost intimacy.'" *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981).

　　This case involves sexually explicit images and communications, the disclosure of which would likely cause harm to the Defendant. Given the nature of the dispute, Defendant represents that Plaintiff is aware of her identity and the

4933-6776-4567.1

identity of others who may be involved. Thus, the Court finds that this case is one of those rare circumstances in which the Defendant should be permitted to proceed under fictitious names to protect their privacy and prevent the disclosure of the most intimate details of her life. The Court further finds that the interests of the public and the Plaintiff will not be prejudiced by allowing this case to proceed anonymously.

For the good cause shown, Defendant's motion to proceed under the pseudonym Jane Roe is **GRANTED**.

SO ORDERED, this 24th day of July, 2025.

*Eleanor L. Ross*
_____
Honorable Eleanor L. Ross
Judge, United States District Court

4933-6776-4567.1