IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN DOE,  )
   )
    Plaintiff,  )
Vs.  ) CAFN: **1:25-cv-02593-ELR**
   )
JANE ROE,  )
   )
    Defendant.  )
_____)

## MOTION TO PROVISIONALLY SEAL DECLARATION OF ROE FILED AUGUST 22, 2025 AS EXHIBIT A TO JANE ROE'S RESPONSE IN OPPOSITION TO DOE'S MOTION FOR SUMMARY JUDGMENT WITH INCORPORATED BRIEF AND PROPOSED ORDER

Defendant, by and through her undersigned counsel of record, moves the Court to provisionally seal Exhibit A to Jane Roe's Response to Doe's Motion for Summary Judgment as it contains the Declaration of Jane Roe (the "Roe Declaration") which contains Jane Roe's real name in several places in the Declaration and her signature. This Court has ruled that Jane Roe may have pseudonymity, and this Order is needed to file the Roe Declaration under Seal. A redacted version of the Roe Declaration will be attached to the publicly filed Motion for Summary Judgment.

1

## BRIEF IN SUPPORT

This Court entered an Order allowing for Defendant's pseudonymity and instructed parties not to file anything in the public docket that would identify the Defendant. Exhibit A to Jane Roe's Response to Doe's Motion for Summary Judgment contains a Declaration of Jane Roe with her name in it in several places as well as her signature.

Respectfully submitted, this 22th day of August, 2025.

THE ANTONINO FIRM

/S/ Lauren S Antonino
Lauren S. Antonino
Georgia Bar No. 652408
Attorney for Defendant

115 Strauss Lane
Atlanta, GA 30350
Ph: (770) 408-1229
Cell (preferred): 404-889-5209
Fax: (470) 875-0194
Email: lauren@antoninofirm.com

KUTAK ROCK LLP

Elizabeth L. Fite
Georgia Bar No. 142347
Attorney for Defendant

Suite 900
3424 Peachtree Road, NE
Atlanta, GA 30326
(404) 222-4600 (Telephone)
(404) 222-4654 (Facsimile)
Elizabeth.fite@kutakrock.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) CAFN: **1:25-cv-02593-ELR** |
| JANE ROE, | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER GRANTING MOTION TO PROVISIONALLY SEAL EXHIBIT A TO JANE ROE'S RESPONSE IN OPPOSITION TO DOE'S MOTION FOR SUMMARY JUDGMENT

Having read and reviewed the Motion to Provisionally Seal Exhibit A to Jane Roe's Response in Opposition to Doe's Motion for Summary Judgment, and for good cause shown, this Court grants said Motion.

IT IS SO ORDERED THIS ___ day of _____, 2025.

_____
The Honorable Eleanor L. Ross

4

I hereby certify that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

                                                                      *s/ Lauren S. Antonino*
                                                                      Lauren S. Antonino
                                                                       Georgia Bar No. 652408

CERTIFICATE OF SERVICE

This is to certify that the foregoing MOTION AND BRIEF was sent via statutory electronic service via the Court's efiling system as follows:

Joseph Weeks, Esq.
McNally Weeks
125 Clairmont Ave.
Ste 450
Decatur, GA 30030
jweeks@mcnallyweeks.com


Elizabeth L. Fite
KUTAK ROCK LLP
Suite 900
3424 Peachtree Road, NE
Atlanta, GA 30326
Elizabeth.fite@kutakrock.com


This 22nd day of August, 2025.

By: s/ Lauren S. Antonino
Lauren S. Antonino
Georgia Bar No. 652408
The Antonino Firm LLC
115 Strauss Lane
Atlanta, GA 30350
lauren@antoninofirm.com
Preferred Phone: 404-889-5209
Office Line: 770-408-1229
Fax: (470) 875-0194